UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In the Matter of the Arbitration Between　　　：
　　　　　　　　　　　　　　　　　　　　：
THE LEGACY AGENCY, INC.,　　　　　　　：
　　　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　Petitioner,　　　　　：　　Civ. No. 1:25-cv-1117 (PKC)
　　　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　　　：　　[PROPOSED] JUDGMENT
　　- against -　　　　　　　　　　　　：　　CONFIRMING ARBITRATION
　　　　　　　　　　　　　　　　　　　　：　　AWARD
MICHAEL MAULINI,　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　Respondent.　　　　：
　　　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　　　：
------------------------------------------------------------------x

This matter comes before the Court pursuant to a petition filed by petitioner The Legacy Agency, Inc. ("Legacy" or "Petitioner") to confirm two decisions issued by Arbitrator James Hayes on October 31, 2024 (the "Final Award") and January 20, 2025 in *The Legacy Agency, Inc. v. Michael Maulini*, MLBPA No. 2024-6 (collectively, the "Award"). The Award resolved Legacy's disputes with a former employee, Respondent Michael Maulini ("Maulini"). The arbitrator was appointed by, and the arbitration occurred under the auspices of, the Major League Baseball Players Association ("MLBPA").

In an Opinion and Order dated December 11, 2025 (ECF No. 23) (the "Order"), the Court granted Petitioner's motion to confirm the Award, and further granted Petitioner's application for attorneys' fees and costs pursuant to the Parties' agreement.

In accordance with the Order, on January 12, 2026, Petitioner submitted the declaration of Howard J. Kaplan, the lead attorney for Petitioner, requesting fees and costs totaling $57,958.69, and supporting such requests with Kaplan Rice's contemporaneous time entries.

The Court enters Judgment as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.      The Court has subject-matter jurisdiction over this matter under 28 U.S.C. § 1332, because diversity of citizenship is complete between Petitioner, a Delaware corporation with its principal place of business in New York, and Respondent Maulini, a citizen of Florida.  The amount in controversy between Petitioner and Respondent exceeds $75,000.

2.      This Judgment fully incorporates in its entirety, and confirms in all respects as a judgment of this Court, the Award.

3.      The Award is confirmed in all respects and enforced.

4.      The Court further awards Legacy reasonable attorneys' fees and costs associated with this confirmation action.

5.      Legacy has judgment against Maulini as follows:

a.      $1,313,599.72, representing compensation collected by Maulini from June 1, 2015 through November 16, 2018, plus pre-judgment interest.  As provided in the Award, prejudgment interest shall be calculated from January 30, 2025 to the date of entry of this Judgment, at the rate of 7%, which is the rate applicable to back-pay used by the National Labor Relations Board as of January 30, 2025.[1]  Pre-judgment interest totals $ _$7,669.29_ .

b.      Post-judgment interest pursuant to 28 U.S.C. § 1961(a), for any amounts due under the Judgment but unpaid.

c.      Attorneys' fees and costs incurred by Legacy in connection with enforcing the Award against Maulini, in the amount of $57,958.69.

---

[1]      The applicable interest rate is set quarterly by the Internal Revenue Service.  *See* https://www.opm.gov/policy-data-oversight/pay-leave/pay-administration/fact-sheets/interest-rates-used-for-computation-of-back-pay/.

6.      This Judgment shall become effective upon entry by the Court.

**SO ORDERED**

Dated: New York, New York
      January 13 , 2026

P. Kevin Castel, U.S.D.J.

3