UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
THE LEGACY AGENCY,

Plaintiff and Judgment-Creditor,

-against-

25-cv-1117(PKC)

ORDER

MICHAEL MAULNI,

Defendant and Judgment-Debtor.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

WHEREAS, on or about March 10, 2026 plaintiff and judgment-creditor The Legacy Agency ("Legacy") served defendant and judgment-debtor Michael Maulini with an Information Subpoena and a Subpoena Duces Tecum (the "Subpoenas")(ECF 31-6);

WHEREAS, after the Subpoenas were served on Maulini, Maulini filed a Chapter 13 bankruptcy petition in the Southern District of Florida; and

WHEREAS the Chapter 13 bankruptcy petition has been voluntarily dismissed.

IT IS HEREBY ORDERED that

1. Maulini shall fully comply with the Subpoenas by September 18, 2026;
2. If he fails to do so, Legacy shall promptly advise the Court and the Court will issue an Order to Show Cause why Maulini ought not be held in contempt of this Court;
3. Legacy shall cause this Order to be served on Maudini by September 4, 2026; and

4. The Clerk shall terminate the letter motion at ECF 31.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
September 1, 2026